# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAULA M. KELLEY and PATRICIA M. MERSMAN, Special Administrator of the Estate of Carrie Randolph, deceased, )))) | |
| Plaintiffs, ) | |
| VS. ) | NO. 08-CV-360-DRH |
| RHONDA RINCK and OZBURN HESSEY LOGISTICS, LLC., ))) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the settlement reached between all parties in this matter, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

JUSTINE FLANAGAN, ACTING CLERK


BY: /s/*Sandy Pannier*
Deputy Clerk

Dated: August 19, 2009


APPROVED: /s/ *David R Herndon*
CHIEF JUDGE
U. S. DISTRICT COURT